**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ARROW CONCRETE CUTTING CO., INCORPORATED, a California corporation,<br><br>Defendant. | CASE NO.: CV 08-5154 VBF (CTx)<br><br>**JUDGMENT** |

This action having been commenced on August 6, 2008, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust and against defendant Arrow Concrete Cutting Co., Incorporated, a California corporation, and for good cause shown,

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2  Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from defendant Arrow Concrete Cutting Co., Incorporated, a California corporation, the principal amount of $114,323.37, together with post-judgment interest as provided by law.

DATED: April 23, 2009

*/s/ Valerie Baker Fairbank*
UNITED STATES DISTRICT JUDGE